UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| STEVEN D. EVANS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | )   CIVIL NO. 1:06-CV-00165 |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

## OPINION AND ORDER

    This matter is before the Court on a Motion of Award of Attorney's Fees Pursuant to the Equal Access to Justice Act filed by Plaintiff Steven Evans on January 30, 2007. (Docket # 27.) Defendant Commissioner of Social Security has apparently declined to file a response.

    On January 18, 2007, this Court entered an Order remanding this case to the Social Security Administration for further proceedings. (Docket # 25.) Evans is now seeking $2,056.00 in attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. The EAJA states that "[e]xcept as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses . . . incurred by that party in any civil action . . . brought by or against the United States . . . unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A). Here, the Commissioner apparently concedes that an award of fees is appropriate since it has declined to file a response.

    Accordingly, Evans's request for attorney fees will be granted.

## **CONCLUSION**

For the foregoing reasons, Evans's motion for award of attorney's fees under the EAJA (Docket # 27) is GRANTED in the amount of $2,056.00.

Enter for February 26, 2007.

S/ Roger B. Cosbey
Roger B. Cosbey
United States Magistrate Judge
